# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY,<br>　　　　Plaintiff<br><br>v.<br><br>PREMIUM FOOD GROUP, INC. and NUT CRAVINGS, INC.,<br>　　　　Defendants | CIVIL ACTION<br><br>NO. 1:22-cv-05677-MKV |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Plaintiff Ohio Security Insurance Company, by and through its attorneys, hereby dismisses, without prejudice, all claims asserted against Defendants Premium Food Group, Inc. and Nut Cravings, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

As of the time of the filing of this Notice, no responsive pleading to the Complaint of Plaintiff Ohio Security Insurance Company has been filed or served by Defendants Premium Food Group, Inc. and Nut Cravings, Inc.

　　　　　　　　　　　　　　　　　　POST & SCHELL, P.C.

Dated:  07/5/2022　　　　　　By:　s/John C. Sullivan
　　　　　　　　　　　　　　　　　　John C. Sullivan
　　　　　　　　　　　　　　　　　　Atty. I.D. No. JS8490
　　　　　　　　　　　　　　　　　　Four Penn Center – 13th Floor
　　　　　　　　　　　　　　　　　　1600 John F. Kennedy Boulevard
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　　　　Phone:  (215) 587-1000
　　　　　　　　　　　　　　　　　　Fax:  (215) 587-1444
　　　　　　　　　　　　　　　　　　E-mail:  jsullivan@postschell.com
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　　Ohio Security Insurance Company

## **CERTIFICATE OF SERVICE**

John C. Sullivan, attorney for plaintiff, Ohio Security Insurance Company, certifies that on this 5th day of July 2022, he caused the attached Notice of Voluntary Dismissal to be electronically filed with the Court. Service of same will be made upon all counsel via the Court's ECF system.

s/John C. Sullivan
John C. Sullivan